IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAUL CANIZALES,

              Plaintiff,

vs.                                                                                                        No. CIV 07-198 JB/RHS

SERGEANT TODD ARMENDARIZ,
OFFICER ANGELO LOVATO, OFFICER
SHAWN WILLOUGHBY, SERGEANT MARK
GARCIA, individually and in their official
capacities as police officers for the
ALBUQUERQUE POLICE DEPARTMENT.

              Defendants.

**STIPULATED ORDER OF DISMISSAL**

THIS MATTER having come before the Court upon the stipulation of the parties, the Court being advised that Plaintiff Saul Canizales and Defendants Angelo Lovato, Mark Garcia and Shawn Willoughby have resolved all issues in this matter, finds that all claims contained herein should be dismissed.

IT IS THEREFORE ORDERED that the complaint, and all claims arising thereunder, be, and they hereby are, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

-2-

**SUBMITTED AND AGREED TO BY:**

CITY OF ALBUQUERQUE
Robert M. White
City Attorney

Electronically signed


   /s/  Kathryn Levy  [Electronically Signed]
Kathryn Levy
Deputy City Attorney
Attorney for Defendants Angelo Lovato,
Mark Garcia and Shawn Willoughby
P.O. Box 2248
Albuquerque, NM  87103
(505) 768-4500
FAX: (505) 768-4440


**AGREED TO BY:**


 Electronically Approved by Frances Crockett 8/29/08
Frances Crockett
1000 2nd Street NW
Albuquerque, NM 87102
(505) 244-1400
FAX (505)244-1406
*Attorney for Plaintiff*


Electronically Approved by Rachel Higgins 8/29/08
Rachel Higgins
602 Roma NW
Albuquerque, NM 87102
(505)244-1400